# GOTTLIEB & ASSOCIATES PLLC
## ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

February 17, 2026

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *Murphy v. Raw Essentials Living Foods LLC*
       Case No.: 1:26-cv-97

Dear Judge Schofield,

The undersigned represents James Murphy, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Raw Essentials Living Foods LLC ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for February 24, 2026 at 3:00 P.M. (Dkt. 6) be adjourned for 60 days because counsel for the Defendant has not yet answered or appeared in this action. This request will grant ample time for the Defendant to appear and discuss a possible resolution with Plaintiff's Counsel. This is the Plaintiff's first request for an extension.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.

Application **GRANTED**.

The Initial Conference scheduled for February 24, 2026, at 3:00 P.M. is **ADJOURNED** to **April 28, 2026**, at **3:00 P.M.** The deadline for the parties to file a joint letter and Proposed Civil Case Management Plan and Scheduling Order pursuant to the Order dated January 8, 2026 (Dkt. No. 6) is **ADJOURNED** from February 17, 2026, to **April 21, 2026**.

Plaintiff shall file proof of service of the Complaint on Defendant by **February 25, 2026**.

Dated: February 18, 2026
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE