UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                           :

JAMES MURPHY, ON BEHALF OF HIMSELF  :
AND ALL OTHER PERSONS SIMILARLY    :
SITUATED,                                   :

                                           :

                      Plaintiff,    :           26 Civ. 97 (LGS)

                                     :

           -against-            :           ORDER

                                     :

RAW ESSENTIALS LIVING FOODS LLC,   :

                                     :

                  Defendants.  :
--------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this

case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without

prejudice to restoring the action to the Court's calendar, provided the application to restore the

action is made within forty-five (45) days of this Order. Any application to reopen filed after

forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending

motions are DENIED as moot, and all conferences are CANCELED.

Dated: May 14, 2026
      New York, New York

                                              LORNA G. SCHOFIELD
                                     UNITED STATES DISTRICT JUDGE